Matthew L. Sharp. Esq.
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge St.
Reno, NV 89501
Phone: (775) 324-1500
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff*

[Additional Counsel Listed Below]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN NOSTRAND and DREW RICKERSON, Derivatively on Behalf of AGEAGLE AERIAL SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARRETT MOONEY, GRANT BEGLEY LUISA INGARGIOLA, AND THOMAS GARDNER, BRET CHILCOTT, J. MICHAEL DROZD, AND NICOLE FERNANDEZ-MCGOVERN, <br><br> Defendants, <br><br> and, <br><br> AGEAGLE AERIAL SYSTEMS, INC., a Nevada Corporation, <br><br> Nominal Defendant. | Case No.: 3:21-cv-00130-MMD-CLB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs John Nostrand and Drew Rickerson ("Plaintiffs"), by and through Plaintiffs' undersigned counsel, hereby give notice that the

1

above-captioned action is voluntarily dismissed, without prejudice against the Defendants and Nominal Defendant.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants and Nominal Defendant have not answered the Complaint nor filed a motion for summary judgment.

Additional notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiffs nor Plaintiffs' counsel have received or will receive any compensation for this dismissal whatsoever except that Counsel for the parties have conferred and agreed that all parties shall bear their own costs of this litigation.

Dated this 20th day of July 2021.

**MATTHEW L. SHARP, LTD.**

/s/ Matthew L. Sharp
Matthew L. Sharp
Nevada Bar No. 4746
432 Ridge St.
Reno, NV 89501
Tel.: (775) 324-1500
matt@mattsharplaw.com

Gregory M. Egleston
**GAINEY McKENNA & EGESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel: (212) 983-1300
gegleston@gme-aw.com

*Counsel for Plaintiffs*